**COUNTY OF ST. LOUIS, Respondent,**

v.

**Ann O'BRIEN, Defendant/Appellant.**

**No. 62600.**

Missouri Court of Appeals,
Eastern District,
Division One.

July 20, 1993.

Donald R. Carmody, Michael J. Parnas, Carmody, MacDonald, Hilton & Wolf, P.C., St. Louis, for defendant, appellant.

John A. Ross, Cynthia L. Kieschnick, Clayton, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Defendant appeals her conviction for trespassing in an unincorporated area of St. Louis County. Defendant was fined $100.00 plus court costs and sentenced to sixty days in the county jail.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).